ROBERT S. LARSEN, ESQ. (SBN: 7785)
rlarsen@grsm.com
WING YAN WONG, ESQ. (SBN: 13622)
wwong@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9301
Facsimile: (702) 255-2858

Attorneys For Defendant
AMERICA FIRST CREDIT UNION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY SPAIGHT<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company, and AMERICA FIRST CREDIT UNION, a Utah federally chartered credit union.<br><br>Defendant. | CASE NO. 2:19-cv-01459-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR AMERICA FIRST CREDIT UNION TO RESPOND TO COMPLAINT [ECF NO. 1]**<br><br>**(FIRST REQUEST)**<br><br>Complaint Filed: 8/21/19 |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Johnny Spaight ("Plaintiff"), and Defendant America First Credit Union ("AFCU"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed his Complaint on August 21, 2019 [ECF No. 1].

2. AFCU was served with the summons and complaint on September 27, 2019.

3. AFCU recently retained counsel and a short extension is necessary to allow AFCU's counsel to obtain the file and investigate the allegations in the Complaint before responding.

4. Allowing an extension will also allow the parties to conduct early resolution discussions.

-1-

5. Plaintiff has no objection to the extension.

6. This request for an extension is made in good faith and not for purposes of delay.

7. Therefore, the parties agree that AFCU's response to the Complaint is now due on or before **November 15, 2019**.

DATED: October 10, 2019.    DATED: October 10, 2019.

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Robert S. Larsen*    */s/ Francis Arenas*

Robert S. Larsen, Esq.    Francis Arenas, Esq.
Nevada Bar No. 7785    Nevada Bar No. 6557
Wing Yan Wong, Esq.    7500 W. Lake Mead Blvd., Suite 286
Nevada Bar No. 13622    Las Vegas, NV 89128
300 So. 4th Street, Suite 1550    *Attorneys for Plaintiff Johnny Spaight*
Las Vegas, NV 89101
*Attorneys for Defendant America First Credit Union*

## **ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: October 11, 2019

-2-