1  ROBERT S. LARSEN, ESQ. (SBN: 7785)
   rlarsen@grsm.com
2  WING YAN WONG, ESQ. (SBN: 13622)
   wwong@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   300 S. 4th Street, Suite 1550
4  Las Vegas, NV 89101
   Telephone: (702) 577-9301
5  Facsimile: (702) 255-2858

6  Attorneys For Defendant
   AMERICA FIRST CREDIT UNION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY SPAIGHT<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company, and AMERICA FIRST CREDIT UNION, a Utah federally chartered credit union.<br><br>Defendant. | CASE NO. 2:19-cv-01459-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR AMERICA FIRST CREDIT UNION TO RESPOND TO COMPLAINT [ECF NO. 1]**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Johnny Spaight ("Plaintiff"), and Defendant America First Credit Union ("AFCU"), by and through their respective attorneys of record, stipulate as follows:

## STIPULATION

1. Plaintiff filed his Complaint on August 21, 2019 [ECF No. 1].

2. AFCU was served with the Summons and Complaint on September 27, 2019.

3. AFCU previously obtained one extension to respond to the Complaint by November 15, 2019. [ECF No. 6].

4. The parties are actively exploring resolution and believe an additional brief extension of approximately two weeks could help facilitate the on-going settlement discussion.

5. This request for an extension is made in good faith and not for purposes of delay.

6. Therefore, the parties agree that AFCU's response to the Complaint is now due on or before **December 2, 2019**.

DATED: November 14, 2019.                                         DATED: November 14, 2019.

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Robert S. Larsen*                                            */s/ Francis Arenas*

Robert S. Larsen, Esq.                                            Francis Arenas, Esq.
Nevada Bar No. 7785                                               Nevada Bar No. 6557
Wing Yan Wong, Esq.                                               7500 W. Lake Mead Blvd., Suite 286
Nevada Bar No. 13622                                              Las Vegas, NV 89128
300 So. 4th Street, Suite 1550                                    *Attorneys for Plaintiff Johnny Spaight*
Las Vegas, NV 89101
*Attorneys for Defendant America First Credit Union*

### **ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: November 18, 2019